PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

| United States of America | ) | |
|---|---|---|
| | ) | |
| vs | ) | |
| | ) | |
| Gloria L. Tucker | ) | Case No. 2:16CR00126-SAB-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Gloria L. Tucker, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

The defendant shall participate in mental health treatment and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. The defendant shall allow a reciprocal release of information between the supervising probation officer and treatment provider.

I consent to this modification of my release conditions and agree to abide by this modification.

_Gloria Tucker_   8/11/16        _Erik C_    8-11-16
Signature of Defendant   Date    Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                       8/11/16
Signature of Defense Counsel       Date
Jay McEntire, IV

[X]   The above modification of conditions of release is ordered, to be effective on  8/18/16  .

[ ]   The above modification of conditions of release is not ordered.

_[signature]_                       8/18/16
Signature of Judicial Officer      Date