# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>GLORIA L. TUCKER,<br><br>  Defendant. | No. 2:16-CR-126-SAB<br><br>ORDER GRANTING UNOPPOSED MOTION TO QUASH WARRANT |

Before the Court is Gloria Tucker's Unopposed Motion to Quash Warrant.

**IT IS ORDERED** Defendant's Unopposed Motion to Quash Warrant is granted.

DATED October 6, 2016.

_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1