UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2017

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Tucker, Gloria L. | Docket No. | 2:16CR00126-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Gloria L. Tucker, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 24th day of June 2016 under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #2:** The defendant admitted to smoking methamphetamine on May 19, 2017.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH THE VIOLATION PREVIOUSLY REPORTED TO THE COURT

|   |   |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| by | Executed on: May 24, 2017 |
| | s/Erik Carlson |
| | Erik Carlson
U.S. Probation Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[x]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

May 24, 2017
_____
Date